IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02088-MSK-BNB

ROBERTA SILVER,

Plaintiff,

v.

PRIMERO REORGANIZED SCHOOL DISTRICT NO. 2,
MICHAEL SPARACO,
DANIEL NUSCHY, JR.,
GENE LANGOWSKI, and
HEIDI DASKO,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Withdraw Amended Complaint Filed November 10, 2006** [docket no. 16, filed November 10, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and docket entry no. 15, a tendered Amended Complaint is stricken.

      This matter is further before the Court on the **Plaintiff's Motion to Amend the Complaint** [docket no. 10, filed October 30, 2006] (the "Motion").

      IT IS ORDERED that this Motion is GRANTED and plaintiff has ten (10) days from the date of this order to file an Amended Complaint.

DATED:  November 14, 2006