IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02088-MSK-BNB

ROBERTA SILVER,

    Plaintiff,

v.

PRIMERO REORGANIZED SCHOOL DISTRICT NO. 2,
MICHAEL SPARACO,
DANIEL NUSCHY, JR.,
GENE LANGOWSKI, and
HEIDI DASKO,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Voluntary Dismissal with Prejudice of Defendant Gene Langowski, by Stipulation Pursuant to Fed. R.Civ.41(a) **(#45).** The Court being fully advised in the foregoing,

**ORDERS** that all claims brought by Plaintiff Roberta Silver against Defendant Gene Langowski are hereby dismissed.

Dated this 12th day of January, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge