IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02088-MSK-BNB

ROBERTA SILVER,

        Plaintiff,

v.

PRIMERO REORGANIZED SCHOOL DISTRICT NO. 2, and
DANIEL NUSCHY, JR.

        Defendants.

_____

**ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW PLAINTIFF'S FIRST CAUSE OF ACTION TITLED "WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY"**
_____

THIS MATTER comes before the Court pursuant to the filing of Plaintiff's Unopposed Motion to Withdraw Plaintiff's First Cause of Action Titled "Wrongful Discharge in Violation of Public Policy **(#68)**. Having reviewed the Unopposed Motion, the Court

**FINDS** that:

1. Counsel for Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 6.1(D).

2. Further, counsel for Plaintiff did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Unopposed Motion **(#68)** is **DENIED**, without prejudice.

Dated this 26th day of September, 2007.

BY THE COURT:

Marcia S. Krieger
United States District Judge