IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02088-MSK-BNB

ROBERTA SILVER,

        Plaintiff,

v.

PRIMERO REORGANIZED SCHOOL DISTRICT NO. 2, and
DANIEL NUSCHY, JR.

        Defendants.

_____

## ORDER
_____

THIS MATTER coming before the court on Defendant Daniel Nuschy, Jr.'s Unopposed Motion to Withdraw Motion for Summary Judgment **(#70)** and the Court being fully advised in the premises,

**IT IS ORDERED** that the Motion for Summary Judgment filed by Defendant Daniel Nuschy, Jr., Docket #65, is hereby withdrawn. Mr. Nuschy shall have to and including October 1, 2007 in which to file dispositive motions.

Dated this 27th day of September, 2007.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge