IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02088-MSK-BNB

ROBERTA SILVER,

       Plaintiff,

v.

PRIMERO REORGANIZED SCHOOL DISTRICT NO. 2, and
DANIEL NUSCHY, JR.

       Defendants.
_____

**ORDER**
_____

THIS MATTER coming before the court on Plaintiff Silver's Unopposed Motion to Withdraw Plaintiff's First Cause of Action in the Amended Complaint, docket #22, titled "Wrongful Discharge in Violation of Public Policy" and the Court being fully advised in the premises,

**IT IS ORDERED** that the Plaintiff's First Cause of Action titled "Wrongful Discharge in Violation of Public Policy" is hereby withdrawn as to Defendant School District only.

DATED this 1st day of October, 2007.

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*
                                          _____
                                          Marcia S. Krieger
                                          United States District Judge