IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| **Civil Action No.** 06-cv-02088-MSK-BNB | Date: January 14, 2008 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR-BNB COURTROOM 401 A |

| ROBERTA SILVER, | Douglas Gradisar |
|---|---|
| Plaintiff, | |
| v. | |
| PRIMERO REORGANIZED SCHOOL DISTRICT NO. 2, MICHAEL SPARACO, DANIEL NUSCHY, JR., and HEIDI DASKO, | Karen Wells |
| | Michael Schreiner |
| Defendants. | |

## COURTROOM MINUTES

**EVIDENTIARY HEARING**

Court in Session:     1:30 p.m.

Court calls case.

Appearances of Counsel.

Oral argument presented regarding defendants Michael Sparaco and Defendant Heidi Dasko's motions for attorneys' fees.

**ORDERED:** Defendant Michael Sparaco's motion for attorneys' fees filed September 5, 2007; doc 57 is TAKEN UNDER ADVISEMENT, as stated on record. The court will file a Recommendation.

**ORDERED:** Defendant Heidi Dasko's motion for attorneys' fees filed September 10, 2007; doc 60 is TAKEN UNDER ADVISEMENT, as stated on record. The court will file a Recommendation.

Court in Recess	1:59 p.m.	Hearing concluded.

Total time in court:	00:29