IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02088-MSK-BNB

ROBERTA SILVER,

Plaintiff,

v.

PRIMERO REORGANIZED SCHOOL DISTRICT NO. 2,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **April 17, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 3, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge